JS-6

R. Joseph Trojan (CA Bar No. 137,067)
trojan@trojanlawoffices.com
**TROJAN LAW OFFICES**
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348
**Attorneys for Plaintiff,**
**PHOENIX SOLUTIONS, INC.**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a Maryland corporation<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>    Defendant and<br>    Counter-Plaintiff. | CASE NO. 2:09-cv-00774-MRP (SSx)<br><br>~~[PROPOSED]~~ **ORDER TO DISMISS WITH PREJUDICE**<br><br>**Hon. Mariana R. Pfaelzer** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon consideration of the parties' Joint Stipulation with Prejudice, all claims and counterclaims between Plaintiff and Defendant are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: November 6, 2009

THE HON. MARIANA R. PFAELZER
United States District Court Judge

Submitted by:
TROJAN LAW OFFICES
by

/s/R. Joseph Trojan
R. Joseph Trojan
Attorney for Plaintiff,
PHOENIX SOLUTIONS, INC.

-1-